# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NADIA SCHWARTZ**, *individually and behalf of all others similarly situated,*<br><br>    Plaintiff,<br><br>vs.<br><br>**ALLIANCE DATA SYSTEMS CORPORATION, ET AL.**,<br><br>    Defendants. | Case No.: 4:21-CV-06201-YGR<br><br>**ORDER TO SHOW CAUSE RE FAILURE TO SERVE PURSUANT TO FED. R. CIV. PROC. 4(M)** |

**TO PLAINTIFF NADIA SCHWARTZ AND HER COUNSEL OF RECORD**:

**YOU ARE HEREBY ORDERED TO SHOW CAUSE** in writing no later than December 15, 2021, why your claims should not be dismissed for failure to serve the complaint in the above-referenced action within 90 (ninety) days of filing pursuant to Federal Rule of Civil Procedure 4(m).  Failure to timely file a written response shall be deemed an admission that good cause exists to dismiss the case without prejudice and the Court will dismiss this action without further notice.

**IT IS SO ORDERED**.

Date: December 3, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**