**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-Mail: ltfisher@bursor.com
         slitteral@bursor.com

*Attorneys for Plaintiff*



IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
12/7/2021

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA SCHWARTZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE DATA SYSTEMS CORPORATION, COMENITY CAPITAL BANK, and COMENITY SERVICING LLC,<br><br>Defendants. | Case No. 4:21-cv-06201-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

NOTICE OF DISMISSAL; CASE NO. 4:21-cv-06201-YGR

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing … a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Plaintiff Nadia Schwartz hereby dismisses, without prejudice, all claims against Defendants. Each party shall bear its own costs.

Dated: December 3, 2021                    Respectfully submitted,

**BURSOR & FISHER, P.A.**

By:   /s/ *L. Timothy Fisher*

L. Timothy Fisher (State Bar No. 191626)
Sean L. Litteral (State Bar No. 331985)
1990 North California Boulevard, Suite 940
Walnut Creek, CA  94596
Telephone: (925) 300-4455
Facsimile:  (925) 407-2700
E-Mail:  ltfisher@bursor.com
             slitteral@bursor.com

*Attorneys for Plaintiff*